UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

UNITED STATES OF AMERICA,

-against-

KEVIN HAYNES,

                     Defendant.

------------------------------------------x

ORDER

20 Crim. 5-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 15, 2020 conference is adjourned to June 17, 2020 at 10:00 a.m.

Dated: New York, New York
March 24, 2020

SO ORDERED.

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE