UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

KEVIN HAYNES,

                           Defendant.
------------------------------------- x

ORDER

20 Crim. 05 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference scheduled for June 17, 2020 is canceled. A plea hearing is scheduled for July 29, 2020 at 10:00 am. Time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until that time.

Dated: New York, New York
       June 8, 2020

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge