USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 0 2 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

UNITED STATES OF AMERICA,

    -against-                   ORDER

KEVIN HAYNES,                   20 Crim. 5 (GBD)

              Defendant.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

Defendant's request to withdraw ECF No. 26 is GRANTED.

Dated: New York, New York
       June 2, 2021

                                SO ORDERED.

                                *George B. Daniels*
                                GEORGE B. DANIELS
                                United States District Judge